Pio S. Kim, Esq. (SBN 156679)
Pio.Kim @LimNexus.com
**LimNexus LLP**
707 Wilshire Boulevard, 46th Floor
Los Angeles, California 90017
Tel: (213) 955-9500 | Fax: (213) 955-9511

Attorneys for Defendant
Bruce Choi

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00799-MWC |
| Plaintiff, | Hon. Michelle Williams Court |
| vs. | **DECLARATION OF PIO S. KIM** |
| BRUCE CHOI, | |
| Defendant. | |

LimNexus LLP

1
DECLARATION OF PIO S. KIM

1.      I am the new attorney of record for Defendant Bruce Choi ("Choi").

2.      I file this declaration in support of the stipulation by the government and Choi for continuance of the Pretrial Conference and trial dates.

3.      This is the first request for such continuance.

4.      On or about October 1, 2025, the government filed, under seal,  the four-count indictment in this action against Choi for violating 18 U.S.C. § 1343 (Wire Fraud Affecting a Financial Institution) and 18 U.S.C. § 1957 (Transactional Money Laundering) and for criminal forfeiture pursuant to 18 U.S.C. §  982(a)(1), (2) (the "Indictment").

5.      The Indictment alleges that Choi fraudulently applied for Paycheck Protection Program and Economic Injury Disaster Loans made available under the Coronavirus Aid, Relief, and Economic Security ("CARES") Act,  illegally obtained approximately $2,005,000 through the loans and engaged in money laundering.

6.      The Indictment also seeks forfeiture of 2.36193188 Ethereum, 19.6662898 Bitcoin, 19.5674757 Bitcoin and $1,085.88.

7.      On March 26, 2026, the Post-Indictment Arraignment was held in front of Magistrate Judge Stephanie S. Christensen, at which time this matter was set for a Pretrial Conference on May 8, 2026 and jury trial on May 18, 2026.

8.      At the arraignment hearing, Deputy Federal Public Defender Drew Havens represented Choi.

9.      Choi is released on a $50,000 appearance bond and is subject to monitoring through an ankle bracelet.

10.      On April 15, 2026, I substituted in place of Deputy Federal Public Defender Drew Havens as the attorney of record for Choi.

11.      There is good cause to continue the Pretrial Conference and trial dates, which are less than or only about one month away.

12.      It was only about 20 days since Choi was arraigned, and during said 20

**DECLARATION OF PIO S. KIM**

days, Choi acted diligently to secure a retained counsel.

13. The government has provided approximately 1,575 pages of records in discovery. A majority of the discovery materials appears to be densely detailed and/or undecipherable (to nonexperts) records relating to financial and Internet activities allegedly by Choi.

14. The discovery materials also included numerous spreadsheets appearing to list or describe individual financial and Internet activities or transactions allegedly by Choi. The accuracy and completeness of these spreadsheets must be verified by examining the raw data. This task will be complicated and very time-consuming because the spreadsheets relate to multiple accounts at multiple financial or crypto currency trading companies and multiple internet service providers and internet brower(s) presumably connected with multiple electronic devices.

15. I estimate that at least a period of 6 months is needed to constitutionally adequately prepare for trial in this matter, including retention and consultation with experts.

I declare under penalty of perjury that the above is true and correct.

April 20, 2026                                        _____
                                                                    PIO S. KIM

LimNexus LLP

3

**DECLARATION OF PIO S. KIM**